IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER PADILLA,

    Plaintiff,

vs.                                           No. CIV 16-0559 JB/KBM

AMERICAN MODERN HOME
INSURANCE COMPANY,
GOVERNMENT EMPLOYEES
INSURANCE COMPANY, DON BROWN
INSURANCE AND PROPERTIES,
INC., and DONALD G. BROWN,

    Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed September 30, 2017 (Doc. 43)("MOO"). In the MOO, the Court granted the Plaintiff's Motion for Remand, filed July 13, 2016 (Doc. 9). With no remaining claims or parties before the Court, the Court enters this Final Judgment in compliance with rule 58 of the Federal Rules of Civil Procedure.

    **IT IS ORDERED** that: (i) Final Judgment is entered; and (ii) the case is remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Thomas A Biscup
Zebrowski Law
Shelby Township, Michigan

-- and --

Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Meloney Cargil Perry
Stacy Hemby Thompson
Perry Law P.C.
Dallas, Texas

    *Attorneys for Defendant Government Employees Insurance Company*

Megan Day Hill
Civerolo, Gralow & Hill, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant American Modern Home Insurance Company*

John A. Frase
Resnick & Louis, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Don Brown Insurance and Properties Inc. and Donald G. Brown*